Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS MARSHALL JACKSON,
    Plaintiff,

vs.                                                        Case No. 3:09cv82/LAC/EMT

WACHOVIA BANK,
    Defendant.
_____/

## ORDER, REPORT AND RECOMMENDATION

        This matter is before the court on Plaintiff's notice of voluntary dismissal (Doc. 8) of the instant civil action (Doc. 1). Plaintiff contends that he intended to file this case in state court rather than federal court (*see* Doc. 8),[1] and Plaintiff requests that "entire case file [be returned] directly to [him] forthwith" (*id.*).

        Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Further, a dismissal pursuant to Rule 41(a)(1) shall be without prejudice, unless certain circumstances, not present in the instant case, exist. *See* Fed. R. Civ. Pro. 41(a)(1)(B). Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

        The voluntary dismissal of this action does not entitle Plaintiff to the return of the "entire case file," but the court will direct the clerk to return to Plaintiff the service copy of his complaint.

---

[1] A review of the envelope in which Plaintiff mailed his complaint reveals that he addressed the envelope as follows: Mr. Roger Vinson, Attorney at Law, 1 North Palafox Street, Pensacola, Florida 32502 (Doc. 1). One North Palafox Street is the address of the United States District Court for the Northern District of Florida, and Roger Vinson is a Senior United States District Judge, sitting in the Pensacola Division of the Northern District. Therefore, upon receipt of Plaintiff's complaint, a civil action was properly opened in the Northern District.

Accordingly, it is **ORDERED**:

The clerk of court is directed to return to Plaintiff the service copy of the complaint, with the exhibits that are attached thereto.

And it is respectfully **RECOMMENDED**:

That Plaintiff's notice of voluntary dismissal (Doc. 8) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 15th day of April 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**